# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158487(58)

VELLA TRADER, Personal Representative of the
ESTATE OF THELMA L. DEGOEDE,
        Plaintiff-Appellant,

v

SC: 158487
COA: 339577
Kalamazoo CC: 2008-000191-CZ

COMERICA BANK, formerly known as
INDUSTRIAL STATE BANK & TRUST
COMPANY,
        Defendant-Appellee
_____/

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on November 12, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2018



Clerk